**Order entered November 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01477-CV

### IN RE STAFF CARE, INC., Relator

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-03615**

## ORDER

The Court has before it relator's petition for writ of mandamus. The Court requests that

real party in interest and respondent file any responses by **November 12, 2012**.


/s/    JIM MOSELEY
        JUSTICE